IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **EXHIBIT LIST** |
| | ) | |
| v. | ) | Case No. 4:12cr3049 |
| | ) | Deputy: Jeri Bierbower |
| | ) | Reporter: Digital Recorder |
| NICHOLAS H. PLACHY, | ) | Date: September 10, 2012 |
| | ) | |
| Defendant. | ) | |

| PLF | DFT | 3 P T Y | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | CD of defendant's statements | X | | X | | 9/10/12 |
| 2 | | | Transcript of statement | X | | X | | 9/10/12 |
| | | | | | | | | |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**