IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>NICHOLAS H. PLACHY,<br><br>                Defendant. | 4:12CR3049<br><br>**MEMORANDUM AND ORDER** |

Defense counsel has moved to withdraw because he is unable to further represent the defendant's interests in this case. (Filing No. 67). The defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. See Filing No. 70-1.

IT IS ORDERED:

1) Defense counsel's motion to withdraw, (Filing No. 67), is granted. Sean J. Brennan is hereby withdrawn as counsel, and he shall promptly notify the defendant of the entry of this order.

2) The clerk shall delete Sean J. Brennan from any future ECF notifications herein.

3) The clerk shall forward this memorandum and order to the Federal Public Defender.

4) The defendant's motion for appointment of counsel, (Filing No. 68), is granted. The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

January 31, 2013.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge