UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>NICHOLAS H. PLACHY,<br><br>          Defendant. | 4:12CR3049<br><br>FINAL ORDER OF FORFEITURE |

      This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 86). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

      1. On January 15, 2013, the Court entered a Preliminary Order of Forfeiture (Filing No. 65) pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

      a.    One HP laptop computer, Pavilion D7, serial number 4CA0312DJY;

      b.    One black generic desktop computer with Cooler Master Case;

      c.    One Dell Dimension 8400 desktop computer, service tag number 9970R51;

      d.    One white Gateway TBR3500 desktop computer, serial number 0015048216;

      e.    One black Seagate Free Agent Pro external hard drive, serial number 5QD0ZBJH;

  f.  One black Seagate Free Agent Xtreme external hard drive, serial number 2GER6H3Y;

  g.  Thirty-eight DVD's, in sleeves;

  h.  One black hard case with 11 DVD's;

  i.  One blue and silver Nikon CoolPix 2500 camera with memory card and blue and green case;

  j.  Five handwritten pages of notes of file information;

  k.  Printed picture from website;

  l.  Eleven media discs;

  m.  One ziplock bag, labeled "unknown content," containing 20 media discs;

  n.  One black i-phone, model number A1332;

  o.  One black thumb drive with Nebraska Press Association label;

  p.  One black SanDisk 2 gb thumb drive;

  q.  One Sony memory stick Pro Duo 4gb card; and

  r.  One blue Sony memory Stick Duo 128 mb card.

  2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on January 18, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on March 27, 2013 (Filing No. 85).

  3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

  4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

1. One HP laptop computer, Pavilion D7, serial number 4CA0312DJY;

2. One black generic desktop computer with Cooler Master Case;

3. One Dell Dimension 8400 desktop computer, service tag number 9970R51;

4. One white Gateway TBR3500 desktop computer, serial number 0015048216;

5. One black Seagate Free Agent Pro external hard drive, serial number 5QD0ZBJH;

6. One black Seagate Free Agent Xtreme external hard drive, serial number 2GER6H3Y;

7. Thirty-eight DVD's, in sleeves;

8. One black hard case with 11 DVD's;

9. One blue and silver Nikon CoolPix 2500 camera with memory card and blue and green case;

10. Five handwritten pages of notes of file information;

11. Printed picture from website;

12. Eleven media discs;

13. One ziplock bag, labeled "unknown content," containing 20 media discs;

14. One black i-phone, model number A1332;

15. One black thumb drive with Nebraska Press Association label;

3

    16.    One black SanDisk 2 gb thumb drive;

    17.    One Sony memory stick Pro Duo 4gb card; and

    18.    One blue Sony memory Stick Duo 128 mb card.

C. The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 28th day of March, 2013.

                                **BY THE COURT:**


                                s/ **Joseph F. Bataillon**
                                **U.S. District Court Judge**