IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>NICHOLAS H. PLACHY,<br><br>                    Defendant. | 4:12CR3049<br><br>NOTICE OF INTENT TO DESTROY EXHIBITS |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and provides notice of its intent to destroy exhibits pursuant to NECrimR § 55.1(g)(1)(B) and (g)(2):

    1. The United States District Court returned exhibits pertaining to defendant, Nicholas H. Plachy, to this office on April 29, 2013. (Filing 91).  The United States has maintained custody of the following exhibits from the September 10, 2012, suppression hearing: Exhibit 1 – CD of defendant's statements, and Exhibit 2 - Transcript of statement.

    2. The defendant pled guilty, and was sentenced on April 26, 2013.  (Filing 90, Filing 93).  No timely appeal was filed.

The Plaintiff has maintained custody of the exhibits for at least thirty (30) calendar days after the case became final and the case is no longer subject to appellate review.  If no objection

is made by the Defendant within 15 calendar days, the exhibits will be destroyed without further notice.

        UNITED STATES OF AMERICA

        DEBORAH R. GILG
        United States Attorney
        District of Nebraska

By:    s/ Steven A. Russell
       STEVEN A. RUSSELL #16925
       Assistant United States Attorney
       487 Federal Building
       100 Centennial Mall North
       Lincoln, NE 68508
       Telephone: (402) 437-5241
       Fax: (402) 437-5390
       Email: steve.russell@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on August 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Michael J. Hansen, and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

        s/ Steven A. Russell
        STEVEN A. RUSSELL
        Assistant United States Attorney